**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 1000

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

October 17, 2021

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

          Re:  United States v. Davit Yeghoyan
              20 CR. 652 (VM)

Dear Judge Marrero:

  Defendant Davit Yeghoyan ("Yeghoyan") is currently on release on a bond that contains numerous conditions including home detention and travel limited to the Eastern and Southern District of New York. Unfortunately, a close friend of Yeghoyan's passed away suddenly and the funeral is being held in New Jersey tomorrow, October 18, 2021. By this letter, Yeghoyan respectfully request permission to travel to New Jersey from 10:00 am to 3:00 pm tomorrow to attend the funeral and burial. The details of the ceremony have been provided to the government and Pretrial Services ("Pretrial"). The government, by Assistant United States Attorney Emily Deininger, and Pretrial, by United States Pretrial Officer Josh Rothman, consent to this application.

  Thank you for Your Honor's consideration of this request.

                Very truly yours,

                *Sanford Talkin*

cc: AUSA Emily Deininger (by ECF)
   USPTO Josh Rothman (by ECF)

---

Request GRANTED. Defendant Davit Yeghoyan's conditions of pretrial release are modified to permit him to travel to New Jersey for a funeral on October 19, 2021.

**SO ORDERED.**

October 18, 2021

                Victor Marrero
                U.S.D.J.