**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21

UNITED STATES OF AMERICA,

        -against-

DAVIT YEGHOYAN,

        Defendant.

**20 CR 652 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

On November 2, 2021, in a proceeding held before Magistrate Judge Sarah Cave, defendant Davit Yeghoyan withdrew his not guilty plea and entered a plea of guilty to Count One of the Indictment. The sentencing hearing for the above-named defendant is hereby scheduled for January 21, 2022, at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            December 14, 2021

                                                 Victor Marrero
                                                  U.S.D.J.