**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

DAVIT YEGHOYAN,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/21

**19 Cr. 872 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing hearing for Davit Yeghoyan currently scheduled for January 21, 2022, is hereby rescheduled to March 4, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            December 28, 2021

_____
Victor Marrero
U.S.D.J.