USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

DAVIT YEGHOYAN,

        Defendant.

**20 CR 652 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that the sentencing hearing of the above-named defendant, currently scheduled for March 4, 2022, is adjourned to June 3, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated: February 24, 2022
      New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.