**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/22
```

UNITED STATES OF AMERICA,

       -against-                       **20 CR 652 (VM)**

DAVIT YEGHOYAN,                     **ORDER**

               Defendant.

**VICTOR MARRERO, U.S.D.J.:**

    The defendant Davit Yeghoyan ("Defendant") requests that his sentencing hearing, currently scheduled for June 3, 2022, be adjourned to July 29, 2022. (Dkt. 170.) The Defendant states that the requested adjournment will provide his counsel with additional time to collect documents in support of the Defendant's sentencing submission. The Defendants sentencing hearing is hereby adjourned to July 29, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated:    May 10, 2022
           New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.