**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/22
```

UNITED STATES OF AMERICA,

       -against-

DAVIT YEGHOYAN,

       Defendant.

**20 CR 652 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Davit Yeghoyan is hereby adjourned to August 5, 2022, at 3:00 p.m.

**SO ORDERED.**

Dated:    June 22, 2022
            New York, New York

                                              _____
                                                   Victor Marrero
                                                      U.S.D.J.