**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

UNITED STATES OF AMERICA,

          -against-

DAVIT YEGHOYAN,

          Defendant.

**20 CR 652 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

     The sentencing hearing on August 5, 2022, for defendant Davit

Yeghoyan is rescheduled to 11:00 a.m.

**SO ORDERED.**

Dated:    July 18, 2022
          New York, New York

                        Victor Marrero
                        U.S.D.J.