**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/22
```

UNITED STATES OF AMERICA,

        -against-

DAVIT YEGHOYAN,

        Defendant.

**20 CR 652 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Davit Yeghoyan is hereby adjourned to August 19, 2022, at 1:00 p.m.

**SO ORDERED.**

Dated:    July 26, 2022
            New York, New York

                                                   _____
                                                          Victor Marrero
                                                           U.S.D.J.