**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2022

August 30, 2022

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Request **GRANTED**. Defendant's request to amend the home detention condition to curfew, as determined by PTS, is granted.

SO ORDERED.
9/2/2022
DATE     VICTOR MARRERO, U.S.D.J.

Re:   United States v. Davit Yeghoyan
      20 Cr. 652 (VM)

Dear Judge Marrero:

Defendant Davit Yeghoyan ("Yeghoyan") has been at liberty since December of 2020 on a $1,000,000 personal recognizance bond that includes several conditions including location monitoring and home detention. Yeghoyan has been fully compliant with all the terms of his release. On August 19, 2022, the Court sentenced defendant to principally 45 months of incarceration and granted a 90 day voluntary surrender application. By this letter, Yeghoyan respectfully requests that the home detention condition of his release be amended to a curfew condition. The curfew would be set by Pretrial Services ("PTS"). Location monitoring and all other conditions would remain in effect. This modification would allow Yeghoyan to spend time with his newborn child outside of the home and to see family members before he reports to prison. The government, by Assistant United States Attorney Emily Deininger, and PTS, by United States Pretrial Officer Josh Rothman, consent to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Emily Deininger (by ECF)
      USPTO Josh Rothman (by email)