```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   20 CR 652
     -against-                        :
                                      :   ORDER
Davit Yeghoyan                        :
                                      :
          Defendant                   :
                                      :
-------------------------------------X
```

Victor Marrero, United States District Judge:

ORDERED that the defendant's conditions of release be modified to permit removal of the GPS monitoring equipment on October 24, 2022, prior to the defendant's surrender to his designated facility on October 25, 2022.

Dated: New York, New York
       October 24, 2022

SO ORDERED

_____
Victor Marrero
United States District Judge