**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/28/2022__

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

October 26, 2022

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                                        Re:     United States v. Davit Yeghoyan
                                                       20 Cr. 652 (VM)

Dear Judge Marrero:

        Defendant Davit Yeghoyan ("Yeghoyan") was sentenced by the Court on August 19, 2022 to 45 months of incarceration.  Yesterday, Yeghoyan voluntarily surrendered to his designated facility and is now in Bureau of Prisons' custody.   By this letter, Yeghoyan respectfully request that the Court now order that Pretrial Services be permitted to release his passport to our office as his custodian.

        Thank you for Your Honor's consideration of this request.

                              Very truly yours,

                              *Sanford Talkin*

                              Sanford Talkin



Request **GRANTED.** Without objection from the Government or Pretrial Services, the Court grants Defendant's request. Pretrial Services is directed to release Mr. Yeghoyan's passport to above-signed counsel's office.

**SO ORDERED.**

10/28/2022

DATE                          VICTOR MARRERO, U.S.D.J.