```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  - against -<br><br>DAVIT YEGHOYAN,<br><br>      Defendant. | **20 Cr. 652 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Defendant has submitted to the Court and has served on the Government a motion for compassionate release to be docketed under seal. Defendant is directed to file a redacted version of the motion on the public docket.

The Government is hereby directed to file a response to the motion within seven (7) days. Reply papers, if any, shall be filed within three (3) days after service of the Government's response papers.

**SO ORDERED.**

Dated:  2 February 2024
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024

_____
Victor Marrero
U.S.D.J.

1