

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2024

**BY EMAIL and ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024

Re:   *United States v. Davit Yeghoyan*, 20 Cr. 652 (VM)

Dear Judge Marrero:

The Government writes to respectfully request a one-week extension, to at least February 28, 2024, to file a supplemental memorandum addressing the issues identified by the Court in its Order dated February 14, 2024.  The Government believes the extra time is necessary for it to identify and speak to the appropriate Bureau of Prison ("BOP") representatives regarding the BOP's ability to provide an adequate standard of care to properly manage Yeghoyan's medical issues.  In addition, the undersigned is currently on trial before the Honorable J. Paul Oetken in the case of *United States v. Mizrahi*, 22 Cr. 650, which is anticipated to last until approximately March 1.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Emily Deininger
Assistant United States Attorney
(212) 637-2472

Request GRANTED.
The deadlines set forth in the Order dated 2/14/2024 (see Dkt. No. 360) are extended to February 28, 2024.

SO ORDERED.
2/20/2024
DATE                VICTOR MARRERO, U.S.D.J.

cc: Sam Talkin, Esq., *counsel for defendant Davit Yeghoyan*