**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

April 8, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024

Honorable Victor Marrero
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Davit Yeghoyan
      20 Cr. 652 (VM)

Dear Judge Marrero:

    Defendant Davit Yeghoyan ("Yeghoyan") respectfully requests a two-week adjournment from the date of this letter to April 29, 2024 to the deadline set forth in the Court's March 29, 2024 Decision & Order ("Order") for the parties to propose redactions to the Order along with legal authority requiring such redactions. The government consents to and joins in this application.

    Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin
Noam Greenspan

cc:   AUSAs Emily Deininger and Getzel Berger (by ECF)



**Request GRANTED.**

A two-week adjournment is granted. The parties shall file their submissions no later than **April 22, 2024.**

**SO ORDERED.**

4/9/2024
DATE

VICTOR MARRERO, U.S.D.J.