```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

DAVIT YEGHOYAN,

                Defendant.

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In a filing dated May 6, 2024 (see Dkt. No. 415), defendant Davit Yeghoyan moves the Court to amend the restitution order in this matter (see Dkt. No. 192) to stay restitution payments until his release from imprisonment. The motion is hereby **GRANTED**. See United States v. Mikayel Yeghoyan, No. 20 Cr. 652 (S.D.N.Y. Apr. 15, 2024), ECF No. 392 (granting similar motion for reasons given by Judge Rakoff in United States v. Borker, No. 22 Cr. 273 (S.D.N.Y. Dec. 18, 2023), ECF No. 42). An amended restitution order will be issued accordingly.

**SO ORDERED.**

Dated:    22 May 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.