IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVIT YEGHOYAN

Case No. 1:20-CR-00652-VM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2025
```

### MOTION TO FILE MEDICAL RECORDS UNDER SEAL

Pro se Defendant Davit Yeghoyan (Mr. Yeghoyan") respectfully moves the Court to file his medical records attached in the Addendum of his Second Request for Reduction in Sentence under 18 U.S.C. Section 3582(c)(1)(A) for good cause. See Addendum at 25 through 304. Such records contain Mr. Yeghoyan's private and personal information about his medical conditions and treatments that he wishes to remain private and not accessible to the public. Accordingly, Mr. Yeghoyan requests that the Court accommodate his request and grant this motion to file his medical records under seal.

Respectfully submitted,

Davit Yeghoyan, pro se
Reg. No. 21120-509
FMC Devens
P.O. Box 879
Ayer, MA 01432

Dated: April 22, 2025



Request **GRANTED**.
Defendant's motion to file medical records under seal is granted.

**SO ORDERED.**

9/16/2025
DATE

VICTOR MARRERO, U.S.D.J.